# Texas Department of Criminal Justice

## STEP 1 — OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**
Grievance #: 2021033/3
Date Received: OCT 01 2020
Date Due: 11-10-20
Grievance Code: 575/598
Investigator ID #: 21163 / James
Extension Date: 12-20-2020
Date Retd to Offender: DEC 09 2020

Offender Name: CHRIS LODBERT   TDCJ # 2245499
Unit: CLEMENTS   Housing Assignment: 3C/4T ✓
Unit where incident occurred: CLEMENTS

✗ I recieved the returned original grievance back on 9-30-20

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.
Who did you talk to (name, title)? SGT HART    When? 9-14-20
What was their response? TOLD HIM I WAS ASSAULTED BY BRIAN EUBANKS (A1113)
What action was taken? NOTHING ON EUBANKS, BUT HE MOVED ME TO A SAFE PLACE

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

#5 Rule on Instructions on how to write a grievance form from TDCJ says "The loss or damage of authorized offender property possessed by persons in the physical custody of the agency for which the agency or its employees through negligence is the proxim cause of damage or loss of property. On 9-14-20 my roomate Brian Eubanks assaulted me by hitting me in the head, the right hand, left arm, right knee and left foot. I had a cut on my head, bruises and red marks all over my body and had to get my hand xrayed. Sgt Hart pulled me out of the cell then locked me in a cage for 30 minutes. The first thing I said was he assaulted me. I told him I had written the Warden, UCC and psych on 9-9-20 trying to get moved because he threatened to kill me, cut me while I was sleeping and cut himself and say I did it, he was also extorting me for coffee by bullying me and trying to intimidate me and also stealing coffee from me while I was sleeping. I told Hart "None of them even responded to me!" I told 3 TDCJ departments I was getting "death threats". I then told him Eubanks had just broken my headphones and fan, that he was gone to try to steal all my stuff, please get my radio and all my property. He packed my property & moved me to C pod. I showed him the cuts, the red marks & said I need to go to medical. He said put a sick call to in. I asked if Eubanks was getting charged for assault he said No, I'm moving you what else do you want? I asked where my radio was He said there is no radio, then slammed the cell door shut. I yelled I told you I had a radio when you pulled me out of the cell. He walked out of the dorm. I got a guy in C dorm to take him my receipt w/ serial # the guard came back an hour later and said he paid there is no radio. HART did not search the cell because if he had he would've found my radio. Eubanks obviously hid the cell door to the floor is too small to pass a radio thru the crack. So ?_____ a ?_____ a ?_____ the assault. No one

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)   Appendix F

The officer beating was issued at one point + I told him about this regarding negligence and about the assault. She photographed the cut my bruises and red marks. Then she called medical to make sure I did actually get seen. She founds out I had to go for an x-ray. They said I am moving you to OPI to investigate. I said why I am safe now. I got myself moved since no one would help me by getting assaulted - just like I told the warden UCC and psych. I knew it was going to happen because Eubanks kept getting more aggressive and they took him off 1/2 his psych meds. I don't want to move I'm safe I don't have a roomate now. I am very tramatized by this I already take meds for my PTSD. You want to move me to OPI then move me on w/ another psyche. She said if I sign a statement saying I am not in fear for my life - I just wanted it documented I could not move so I did but they moved me 6 days later, she said she would go get my property but I saw her the next day while I was going to medical I asked her about if she went to get my property) she said no, I'm busy I don't have time for that!
NO ONE WILL GO GET MY PROPERTY — [signature]      Date: 9-30-20

Grievance Response: Your complaint has been investigated and findings reviewed. Staff advised that you packed your own property into a sheet and moved it yourself. You had possession of your property at all times. There was no evidence presented to substantiate your claims. No further action is warranted

Signature Authority: Floyd Keesee, Assistant Warden     Date: DEC 09 20

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:      *Resubmit this form when the corrections are made.

- [ ] 1  Grievable time period has expired
- [ ] 2  Submission in excess of 1 every 7 days *
- [ ] 3  Originals not submitted. *
- [ ] 4  Inappropriate/Excessive attachments *
- [ ] 5  No documented attempt at informal resolution *
- [ ] 6  No requested relief is stated *
- [ ] 7  Malicious use of vulgar, indecent, or physically threatening language *
- [ ] 8  The issue presented is not grievable
- [ ] 9  Redundant. Refer to grievance #_____
- [ ] 10 Illegible/Incomprehensible *
- [ ] 11 Inappropriate *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

**OFFICE USE ONLY**

| | |
|---|---|
| Initial Submission | UGI Initials: ____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Rec'd from Offender: | |
| Date Returned to Offender: | |
| 2nd Submission | UGI Initials: ____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Rec'd from Offender: | |
| Date Returned to Offender: | |
| 3rd Submission | UGI Initials: ____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Rec'd from Offender: | |
| Date Returned to Offender: | |

I-127 Back (Revised 11-2010)                          Appendix F

WHY DID THIS TAKE 6 MONTHS TO PROCESS INC140

5. I turned Step 1 original to you on 9-16-20 NOT 10/1/2020

# THIS CAME BACK ON 1-7-21 WITHOUT BEING PROCESSED. WHY?

**Texas Department of Criminal Justice**
**STEP 2 OFFENDER GRIEVANCE FORM**

ACCEPT AS ORIGINAL

Offender Name: Colbert, Christopher / CHRIS COLBERT  TDCJ #: 2245499
Unit: CLEMENTS  Housing Assignment: 3B120B
Unit where incident occurred: CLEMENTS, A116T

BOTH COPIES GOING TO NORTHERN DISTRICT COURT (1983)

**OFFICE USE ONLY**
Grievance #: 2021013313
UGI Recd Date: JAN 13 2021
HQ Recd Date: JAN 19 2021
Date Due: 2-22-21
Grievance Code: 515 / 598
Investigator ID #: 12704
Extension Date: 04-03-2021

JUN 14 2021

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

**Give reason for appeal (Be Specific).** I am dissatisfied with the response at Step 1 because...

There are several problems with Hart's and this story Hart is telling. First we can look at video. Video will show I left handcuffed escorted by Hart. That is policy correct? To be handcuffed. And I had to go get an xray 3 days later because it was so bruised and painful which is documented. My hand was also photographed by Capt Turner. So you all are saying & agreeing that I dragged all my property down a flight of stairs w/ my handcuffs on behind my back? with a damaged hand even. WOW! I was taken to the security cage by the front desk and my property was given to me by Sgt Hart. But as I said Eubanks stole my radio all my clothes coax cable 30 water bottles, because Hart refused to search all after I requested it 3 times and even gave him the receipt thru another officer so he could verify the serial #. He didn't even give Eubanks an assault charge and that was after Hart saw the bruises & cut on my head so that

I-128 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)    Appendix G

should schools call this negligence, you can also look at cameras by the desk he gave me all the stuff Eubanks didn't steal in a gray blanket NOT A WHITE SHEET it was 9:30PM to 11:30PM. The other problem is you all already admitted all this did take place on another grievance I wrote. Need the grievance #

**Offender Signature:** THIS WILL BE FUN IN COURT Chris Cahot **Date:** 12-19-20

**Grievance Response:**

Your property complaint has been reviewed. The available evidence supports the conclusion of the Step 1 Investigation. Your complaint was addressed and you were correctly advised at Step 1. In the future, please refrain from writing outside of the space provided on grievance forms, as your grievance may be screened out for doing so. Any questions you have for grievance staff need to be addressed on an I-60. No further action is warranted.

**Signature Authority:** J. Back  S. Back   **Date:** MAY 05 2021

**Returned because:**   *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | CGO Initials: _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ___ Screened  ___ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **2nd Submission** | CGO Initials: _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ___ Screened  ___ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | CGO Initials: _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ___ Screened  ___ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

I-128 Back (Revised 11-2010)                                              Appendix G

Sent out 12-21-20                    MADE 4 COPIES 11/12/21    #NC16

# Texas Department of Criminal Justice

THIS WAS RETURNED ON 1-7-21 BY OFFICER CANYON IT
WITHOUT BEING PROCESSED

**OFFENDER** WITH THE STEP 2

## STEP 1 GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2021031910
Date Received: NOV 12 2020
Date Due: 12-22-20
Grievance Code: 000
Investigator ID #: 2108
Extension Date: _____
Date Retd to Offender: DEC 0 8 2020

Christopher Colbert          3B-20T

Offender Name: CHRIS COLBERT    TDCJ # 2245499
Unit: CLEMENTS    Housing Assignment: D123 12B-6
Unit where incident occurred: CLEMENTS    3B-20

WERE YOU HOLDING BOTH COPIES SO I WOULD MISS THE DUE DATE?

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? WARDEN TOVAR    When? 10-30-20
What was their response? TOLD HIM I WAS IN FEAR FOR MY LIFE NEEDED
What action was taken? TO GO TO OPI - HE SAID I FUCKIN HEARD YOU LET ME FINISH FEEDING

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate.

So on 10-30-20 I told Martinez at 12:30 I was having big problems with my coolie Stenson 3C14B and needed to be moved immediately. He said later he told the Sgt. on duty. Several hours passed at 2:45 I asked again he said the same thing. Then Tovar was handing out trays and I told him I need to go to OPI I'm in fear for my life. He said I fucking heard you let me finish feeding. He came back 10 minutes later and talked to 15 cell then Stenson stopped him and Tovar talked to him about commissary. Tovar never, ever acknowledged me or asked if I was OK he saw my bags were packed they were on the floor. He left never came back Martinez disappeared. No Sgt. ever came. There was an older guard on duty with glasses. I told him 4 times I needed to go to medical because after Tovar left Stenson went into a rage threw all my property at me hit me in the head w/ one of my shoes and punched me 2 times in the ribs and in the shoulder. You can see the full report with PREA officer Carter. I have PTSD really bad from being jumped by 2 black dudes in Dallas County. I started having a panic attack after he assaulted me I couldn't breath, heart palpatations, dizzy, my hands and feet went numb. I take alot of meds for PTSD I stayed at the door for 2 hours trying to get a guard to

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

let me out. after the 6 pm card came I started screaming at him to get me the fuck out he's going to kill

Appendix F

till I got moved to [illegible] [illegible] a white dude only. This is the 3rd time I've been assaulted at TDCJ since I got here on 3/19. I was assaulted at Lynaugh unit by Alejandro Castro. I asked Sgt Gonzalez (male) to move me 7 times and showed him the bruises Castro had put on me. He refused to keep me safe. Here in cell A11 Eubanks assaulted me I had the female Lt. photograph the cut on my head red marks and bruises. I wrote Tovar 2 times, the Capt, Psych & the Chaplain to move me from Eubanks because he threatened to kill me & hit me while I was sleeping and was extorting me for cold

Action Requested to resolve your Complaint. NO ONE EVEN RESPONDED AND I GOT HURT REALLY BAD. I WANT TO TALK TO A REAL FREE OFFICER AND A TDCJ ATTORNEY. I WANT THIS TO GO TO HUNTSVILLE I WILL FILE STEP 2

Offender Signature: _____  Date: 11-08-20

**Grievance Response:**

Your complaint has been investigated and findings reviewed. An Offender Protection Investigation was completed on 11-23-20 into your allegation of you being physically assaulted. Unit Classification Committee advised they were unable to substantiate the allegation but recommended a housing change. No further action is warranted.

DEC 0 8 2020

Signature Authority: Floyd Keesee, Assistant Warden   Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:   *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |

I-127 Back (Revised 11-2010)                                    Appendix F

*THIS WAS RETURNED BACK TO ME BY 3 OFFICER WITHOUT BEING PROCESSED WHY? YOU'VE HAD IT SINCE 12·21·20'*

APR 0 5 2021

# Texas Department of Criminal Justice

## STEP 2 OFFENDER GRIEVANCE FORM

ACCEPT AS ORIGINAL

BC

Offender Name: CHRIS COLBERT   TDCJ# 2245499
Unit: Clements   Housing Assignment: 3B120B
Unit where incident occurred: Clements   (3A·19)

**OFFICE USE ONLY**
Grievance #: 2021031910
UGI Recd Date: JAN 1 3 2021
HQ Recd Date: JAN 19 2021
Date Due: 2-22-21
Grievance Code: 000
Investigator ID#: 12704
Extension Date: ____

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

I wrote medical 3 times to get medical attention after the assault from Stenson. My ribs and shoulder were bruised and I had a big red scratch on my face where he hit me with a shoe. I could not get medical to respond. I did however make copies of the I-60's to medical with the dates. UCC did try to make a change 2 times - Correct! They tried 2 times to put me right back into 3C with the inmate who assaulted me which I again refused and filed another OPI because UCC was putting me in danger of being hurt. This guy put a hit out on me by the blood 3 crips for snitching on him. I filed an OPI on that as well with Sgt Cortez / Capt Miller and Sgt Anderson / Capt. Mendoza. Everyone was aware I even told the GI but they continued to endanger my safety by trying to put me in population. My witness was never contacted either DARION MASON. When I was in 11 Transit I spoke with inmate JOSE MALDONADO across the hall. The exact same thing was

I-128 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

happening to him except when he refused housing the officers pushed him down

Appendix G

*I signed Jose how to file a 1983 lawsuit in Northern District court, sending him an attorney at the US Justice Dpt address and info — while he was handcuffed behind his back resulting in photos being taken at medical documenting his gashed eye bleeding, the officers dislocated his shoulder which medical only gave him aspirin for then the investigating officer lied on report saying he pushed himself down

Offender Signature: ___Luis Colbert___   Date: 12-20-20

Grievance Response:

An investigation has been conducted into your complaint. On 11/20/20, the Unit Classification Committee reviewed the offender protection investigation. There was no conclusive evidence or witnesses presented to substantiate your allegations. Please be advised, if at any time you feel you are being subjected to a clear and present danger from another offender, it is imperative that you contact a TDCJ ranking officer for immediate assistance. No further action warranted.

H. M. Pedersen
Cody

Signature Authority: _____   Date: FEB 27 2021

Returned because:   *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**

Initial Submission       CGO Initials: _____
Date UGI Recd:_____
Date CGO Recd:_____
  (check one) ___Screened  ___Improperly Submitted
Comments:_____
Date Returned to Offender:_____

2nd Submission       CGO Initials: _____
Date UGI Recd:_____
Date CGO Recd:_____
  (check one) ___Screened  ___Improperly Submitted
Comments:_____
Date Returned to Offender:_____

3rd Submission       CGO Initials: _____
Date UGI Recd:_____
Date CGO Recd:_____
  (check one) ___Screened  ___Improperly Submitted
Comments:_____
Date Returned to Offender:_____

I-128 Back (Revised 11-2010)                                           Appendix G

# Texas Department of Criminal Justice

**STEP 1**

**OFFENDER GRIEVANCE FORM**

ACCEPT AS ORIGINAL

| | OFFICE USE ONLY |
|---|---|
| Grievance #: | 2021103929 |
| Date Received: | MAY 03 2021 |
| Date Due: | 6-12-21 |
| Grievance Code: | 010 |
| Investigator ID #: | 2108 |
| Extension Date: | |
| Date Retd to Offender: | MAY 11 2021 |

Offender Name: Christopher "Chris" Colbert  TDCJ # 2245499
Unit: Clements  Housing Assignment: 3A19T
Unit where incident occurred: Clements

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Green  When? 4-30-21
What was their response? nothing
What action was taken? nothing

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate.

On 4.28.21 my roommate Joe Parker was moved or attempted to be moved back into a cell 3A8B in our dorm. This was a cell where he fled and went into life endangerment status because of his cellie Jimmy. But for some reason DCC tried to move him there then move Joe Harrison in with me. This is the inmate that beat up Sgt Hart in December 2020 which the whole prison staff knew about and the inmate who did it. Me and Joe were getting along perfectly so we ask what was the purpose of this move? On lockdown even we could not find a reason so I turned all the info over to Robert Vinden and he can have OMBUDSMAN find out because to me it would seem like a perfect opportunity for us both to be placed with very dangerous and psychopathic inmates. One might even say this would qualify as a campaign of harassment (Calhoun v. Wisconsin Dept of Corrections 434 F 3d 1031, 7th Cir 2006) retaliation and conspiracy to harm. Since we right so many grievances violation 504 allegations for using grievance system retaliation 3 harassment) CODE 418, 805. I had to be taken to OPI because Joe Garrison while being served a case for a knife during shakedown a few days earlier decided he would masterbate on the cose lady which can be seen clearly since he was standing on his mattress at the front door w/ the light shining directly on him. Sargent Teskim would be a witness to this because he came back at 4:30pm to serve him this is when I told him my life was in danger and needed OPI but he never came to help me. I was pulled out later...

I-127 Front (Revised 11-2010)  YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM  (OVER)

Appendix F

After giving the asian young gentlemen a note that LT. McCormick now has of now Garrison threatened to make me have sex with him or he would beat me up. He found out I am transgendered and thought he could make me have sex with him. He also told Jimmy in 3A 8T that I could be used and abused as he was in the shower and the guards were escorting me out to Safety. But on 4-29-21 UCC decided it would be perfect for me to be Jimmy's roommate in 38T and tried several times thru several guards to pull me in that cell and the guards even threatened to gas me if I didn't go. I am pretty sure I am suppose to be kept safe and housed w/ gay or

**Action Requested to resolve your Complaint.** Transgender inmates only. I think that is a lie. We will find out soon!
WATCH VIDEO OF GARRISON IN CELL 3A19B EXPLAIN TO OMBUDSMAN

**Offender Signature:** [signed]   **Date:** 4-30-21

**Grievance Response:**

Your complaint has been investigated and findings reviewed. An Offender Protection Investigation was completed on 5-10-21 into your allegation of you being sexually harassed. Unit Classification Committee advised they were unable to substantiate the allegation but recommended a housing change. No further action is warranted.

**Signature Authority:** Floyd Keesee, Assistant Warden   [signed Floyd]   **Date:** MAY 11 2021

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)                                                   Appendix F

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: ___ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 2nd Submission | UGI Initials: ___ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 3rd Submission | UGI Initials: ___ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |

4-17-0
11-T-215

**ACCEPT AS ORIGINAL**

# Texas Department of Criminal Justice
## STEP 2  OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2021103929 |
| UGI Recd Date: | MAY 19 2021 |
| HQ Recd Date: | MAY 26 2021 |
| Date Due: | 6-28-21 |
| Grievance Code: | 010 |
| Investigator ID#: | I2704 |
| Extension Date: | |

Offender Name: Chris Colbert   TDCJ# 2245499
Unit: Clements   Housing Assignment: 11 T-215
Unit where incident occurred: Clements   E1121

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

Give reason for appeal (Be Specific).   I am dissatisfied with the response at Step 1 because...

Results of UCC decision of OPI
UCC-5.18.21 unable to substantiate the allegation of being sexually harassed. **VIOLATION 404 & 410 & 001 (TDCJ POLICY)**
PREA-SAFE PRISONS determines "when an inmate exposes his genitals to you, this is sexual harassment."

On 4.28.21 when you look at camera footage in cell 3A19 from somewhere 3pm to 4pm the case lady and Sgt Teskiw came to serve Garrison a case, when they walked away the case lady and Teskiw saw him masturbating at the door w/ the light on - this would be where he exposed his genitals to me, the case lady and Teskiw.

At 4:30 pm 4.28.21 Teskiw came back to cell 3A19, where Garrison and myself remained and served him a case for masturbating on the case lady.

This is evidence of sexual harassment in the eyes of PREA, TDCJ policy, Texas legislature, and OMBUDSMAN.

Just because Keesee types words and says something is not true does not negate the facts and hard evidence and make it untrue. That is impossible

I-128 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

in our reality and a court of law.

Appendix G

*All information regarding every single detail of everything you say and do to me will be reported to Robert Virden, Ombudsman, TIFA and Huntsville Kaddi Crowd / Safe Prisons and my family. I have already sent Warden complaints on UCC retaliation / harassment / conspiracy / life endangerment threats / actions from this CO*

**Offender Signature:** _____  **Date:** 5-17-21 Sgt

**Grievance Response:**

The issues presented in this grievance were forwarded for investigation in accordance with the safe prison program. A subsequent Offender Protection Investigation (OPI) was conducted on 5/10/21. Your allegations were unsubstantiated due to lack of evidence. Also, you received a housing change and not for same housing as inmate Garrison. No action is warranted by this office.

**Signature Authority:** J. Back   R. Back   **Date:** JUL 1 5 2021

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**   CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
   (check one) ___Screened ___Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**2nd Submission**   CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
   (check one) ___Screened ___Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**3rd Submission**   CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
   (check one) ___Screened ___Improperly Submitted
Comments: _____
Date Returned to Offender: _____

I-128 Back (Revised 11-2010)                Appendix G

# Robert N. Virden

| | |
|---|---|
| **From:** | Robert N. Virden <rnvpc@aol.com> |
| **Sent:** | Tuesday, May 11, 2021 10:14 AM |
| **To:** | 'Ombudsman' |
| **Subject:** | Chris Colbert - TDCJ #02245499 - Possible Life Endangerment Situation |

Ombudsman,

Yesterday, I received a letter dated 29 April 2021 (postmarked 30 April 2021) from inmate Colbert.

His letter said:

"... I am getting really scared on this unit. The retaliation is escalating out of control and I am ... in fear for my life to be on this unit.

I got your info from Joe Parker... They are retaliating on us both bigtime for writing grievances. Me especially because they know about the 1983 lawsuit and that I've contacted you.

About 3 weeks ago Joe moved into my cell. He had just come from a life endangerment safe cell. He tried to file on his cellie Jimmy in 3A8T.

We were ... getting along (fine). On 4-28-21 for ... no reason they tried to move him ... back to 3A8B w(ith) the guy Johnny that he had tried to file on.

I guess they would not give him OPI paper... (That) is what he said.

When he went to move I told him not to go into the cell (and to) file (an) OPI (which) he did.

Then they moved ... Joe Garrison ... in with me. He beat up a guard here real bad. Just got a case for a knife, etc....

... UCC know(s) how dangerous he is. This shows retaliation, I believe.

We're on lockdown... (T)here was no reason the move should (have) happened. I am being put in danger. I can't protect myself.

I have had another inmate I told you about (who) was very dangerous (and) they put me with and I got assaulted then they tried to cover it up and deny the assault.

So last night they moved me out of the cell because Joe Garrison started threatening me physically and threatened to rape me and beat me up if I didn't let it happen.

This morning UCC moved me from safe housing for no reason and tried to move me back in the same dorm with this Jimmy (guy's) cell. And I refused and ... am in OPI now.

I am filing a step 1 but they keep trying to endanger me with these black gangsters that have life sentences – Joe Garrison 99 years, Craig Bo Stenson 2 life sentences, and Jimmy I am not sure.

But I have heard there was sexual misconduct with Joe Parker against Joe (by) Jimmy and I am not sure if it's true but I am not going to find out by being his cellie.

1

They threatened to gas me if I didn't go in but I said I know my rights and they took me to OPI.

I need off this unit as soon as possible because these people ... are trying to house me with (violent inmates) and do not care about my life.

(These inmates) will never leave prison and this shows retaliation ... and (harassment).

... they are going to fake the OPI investigation as they always do and send me ... back to population... (P)lease contact Ombudsman as soon as possible.

I take meds for PTSD and I have lost over 40 pounds since (being) on this unit from stress. I am having daily panic attacks.

Aren't they supposed to house me with gay or trans inmates only? I thought was the law."

I would appreciate your investigating this matter, which involves a possible Life Endangerment situation.

PS I am assisting this inmate on a pro bono publico basis. I have not agreed to represent him in any court (or other) proceeding. I am not a litigation attorney.

Robert N. Virden
Robert N. Virden, P.C.
3419 Westminster Avenue
Dallas, Texas 75205-1387
Office  214/373-7161
Mobile 214/537-2228
Facsimile  214/373-7161

*Board Certified, Estate Planning and Probate, Texas Board of Legal Specialization*
*Fellow, American College of Trust and Estate Counsel*

WEBSTERS NEW WORLD DICTIONARY 2021 EDITION DEFINES RETALIATION AS VENGEANCE, REPRISAL, PUNISHMENT, REVENGE, RETURN REPAY

2