IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 1 6 2023
CLERK, U.S. DISTRICT COURT
By_____
Deputy

CHRISTOPHER BRIAN COLBERT,
No. 02245499

      Plaintiff,

v.

BRIAN COLLIER, ET AL.,

      Defendants.

2:22-CV-233-Z-BR

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
## AND
## DISMISSING CIVIL RIGHTS CLAIM

Before the Court are the findings, conclusions, and recommendation of the United States

Magistrate Judge to dismiss the civil rights claim filed by Plaintiff. (ECF No. 12). Objections to

the findings, conclusions, and recommendation have been filed. After making an independent

review of the pleadings, files, records, and objections in this case, the Court concludes that the

findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore

**ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are

**ADOPTED** and the case is **DISMISSED WITHOUT PREJUDICE**.

      **SO ORDERED**.

June **16**, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE